UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY JOE COX,

        Plaintiff,

   v.

DENTAL AND MEDICAL DEPARTMENT
OF THE CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION,

        Defendant.

Case No. 16-cv-04036-PJH

**ORDER AFTER REMAND**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. §
1983.  Plaintiff consented to a magistrate judge and the case was dismissed at screening
for failure to state a claim.  Plaintiff appealed and the Ninth Circuit vacated and remanded
the case because the unserved defendants had not consented to the magistrate judge.
*See Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017).

By **July 16, 2018**, plaintiff may either file an amended complaint noting the
deficiencies set forth by the magistrate judge or objections to the order of dismissal.  The
clerk shall **SEND** plaintiff a copy of the order of dismissal (Docket No. 10).  Failure to file
an amended complaint or objections may result in dismissal of this case.

**IT IS SO ORDERED.**

Dated: June 15, 2018

 

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY JOE COX,

         Plaintiff,

     v.

DENTAL AND MEDICAL DEPARTMENT
OF THE CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION,

        Defendant.

Case No. 16-cv-04036-PJH

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on June 15, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby Joe Cox ID: BC4369
Folsom State Prison Housing: B1-C2-27
P.O. Box 715071
Represa, CA 95671

Dated: June 15, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON