1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    BOBBY JOE COX,
     Plaintiff,
     v.
     DENTAL AND MEDICAL DEPARTMENT OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,
     Defendant.

Case No. 16-cv-04036-PJH

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Re: Dkt. No. 29

This is a civil rights case brought pro se by a prisoner. Plaintiff has filed a motion to appoint counsel. There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, see 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Plaintiff has presented his claims adequately, and the issues are not complex.

Therefore, the motion to appoint counsel (Docket No. 29) is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY JOE COX,

    Plaintiff,

v.

DENTAL AND MEDICAL DEPARTMENT OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

    Defendant.

Case No. 16-cv-04036-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby Joe Cox ID: BC4369
Folsom State Prison Housing: B1-C2-27
P.O. Box 715071
Represa, CA 95671

Dated: July 18, 2018

Susan Y. Soong
Clerk, United States District Court

By:____*Kelly Collins*____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON