UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE COX,<br>        Plaintiff,<br>    v.<br>T. SPENCER,<br>        Defendant. | Case No. 16-cv-04036-PJH<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. Plaintiff alleges that he received inadequate dental care at the California Institute for Men ("CIM") in Chino, CA. CIM is in San Bernardino County which lies within the venue of the United States District Court for the Central District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: October 4, 2018

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. SPENCER,<br><br>　　　　Defendant. | Case No. 16-cv-04036-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby Joe Cox
2062 Cranworth Circle
San Jose, CA 95121

Dated: October 4, 2018

　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　*Kelly Collins*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kelly Collins, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable PHYLLIS J. HAMILTON